

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-14-00197-CR |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 3 |
| CALEB ANTHONY CONSTANCIO-TOLEDO, | § | of Williamson County, Texas |
|  | § | (TC # 14-02573-1) |
| Appellee. | § |  |

## J U D G M E N T

The Court has considered this cause on The State's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF NOVEMBER, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.